UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE CHACE,<br><br>            Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.;<br>WAYSIDE AUTO BODY, INC., d/b/a<br>Skyline Recovery Service, JOHN DOE 2<br>(BRIAN GEISLER), and OFFICER<br>DOE 1, OFFICER DOE 2, AND<br>OFFICER DOE 3 (Three Fall River<br>Police Department Officers),<br><br>            Defendants | Civil Action No. 11-CV-11938 |

## STIPULATION OF DISMISSAL

The parties to the above-captioned action hereby stipulate, pursuant to Fed. R. Civ. P. Rule 41, that this action, including all claims, cross-claims and counterclaims, is hereby dismissed, with prejudice, without interest, with all parties to bear their own fees and costs, and with all rights of appeal being hereby waived.

                                                    Respectfully Submitted,

| LAURIE CHACE,<br>By her attorney, | SANTANDER BANK,<br>By its attorneys, |
|---|---|
| */s/ Jose I. Vazquez*<br>Jose I. Vazquez, BBO# 676866<br>Law Office of Nicholas F. Ortiz, P.C.<br>306 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Phone: (617) 716-0282<br>Email: jvazqu01@gmail.com | */s/ Janet B. Pezzulich*<br>Patrick T. Voke, BBO# 553033<br>Janet B. Pezzulich, BBO # 642442<br>LeClairRyan, *A Professional Corporation*<br>One International Place, 11th Floor<br>Boston, MA 02110<br>Phone: (617) 502-8200<br>Fax: (617) 502-8201<br>Email: Patrick.voke@leclairryan.com<br>Email: janet.pezzulich@leclairryan.com |

WAYSIDE AUTO BODY, INC.,
d/b/a SKYLINE RECOVERY SERVICE
and BRIAN GEISLER,
By their attorney,

/s/ Alfred P. Chamberland
Alfred P. Chamberland, BBO# 564151
5 Arthur Street – P.O. Box 217
Easthampton, MA 01027
(413) 529-0404

Date: July 10, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2012.

/s/ Janet B. Pezzulich
Janet B. Pezzulich

7340285-1             2